# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. __19mj 2825- Reid__

UNITED STATES OF AMERICA

vs.

ALFRED MICHAEL RODRIGUEZ,

      Defendant.
_____/

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   Yes __ No _X_

2.  Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? Yes __ No _X_

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____

SAJJAD MATIN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5502371
99 NE 4th Street, 6th Floor
Miami, FL 33132
Tel: 305.961.9262
Email: sajjad.matin@usdoj.gov

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| ALFRED MICHAEL RODRIGUEZ, | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 22, 2019 _____ in the county of _____ Miami-Dade _____ in the
_____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 1708 | Theft of mail. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brian McCarthy, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 05/23/2019 _____

_____
*Judge's signature*

City and state: _____ Miami, Florida _____

Hon. Lisette Reid, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Brian McCarthy, being duly sworn, depose and state as follows:

1.      I am a U.S. Postal Inspector with the United States Postal Inspection Service ("USPIS"), currently assigned to the Miami Division's Headquarters External Crimes Team.  I have been an Inspector for USPIS since 2003.  My responsibilities include the investigation of mail theft, identity theft, robberies, and other crimes against the U.S. Postal Service, its employees, and its customers.  I have received training in criminal investigation procedures and criminal law and have conducted numerous criminal investigations involving the theft of U.S. mail.  As such, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations of, and to make arrests for, federal offenses, including but not limited to offenses involving theft of mail, as enumerated in Title 18, United States Code, Section 1708.

2.      This Affidavit is submitted for the limited purpose of establishing probable cause to obtain a criminal complaint charging that Alfred Michael Rodriguez ("RODRIGUEZ") did knowingly steal, take, and abstract any letter and mail and an article and thing contained therein from and out of mailboxes in Miami, Florida, in violation of Title 18, United States Code, Section 1708. Accordingly, this Affidavit does not contain all the facts known to me concerning this investigation. The facts contained in this Affidavit are based on my personal knowledge and information provided to me by others, including other law enforcement.

### PROBABLE CAUSE

3.      On or about May 22, 2019, in the early morning, officers with the Miami Police Department were dispatched to the DaVinci Apartments, located at 2665 SW 37th Avenue, Miami, Florida, in response to a call from security personnel at the apartment building that an

individual was seen breaking into and taking mail from mailboxes located within the apartment building.

4.      Surveillance video from the apartment building on that day shows an individual resembling RODRIGUEZ checking several individual mailbox doors, and opening at least one mailbox in the apartment building. This individual can be seen reaching inside that mailbox and removing mail, including a magazine-sized parcel, and placing it into a pillowcase.

5.      Upon arrival to the apartment building, the officers encountered an individual, later identified as RODRIGUEZ, in the building near the mailboxes.   Following detention of RODRIGUEZ, officers located a pillowcase, a search of which revealed several pieces of mail, each addressed to persons other than the defendant, including a magazine-sized parcel addressed to an individual with the initials "M.A." at 2665 SW 37th Avenue, Miami, Florida.

6.      RODRIGUEZ is not a resident or employee of the apartment building nor did he have authorization from M.A. to open M.A.'s mailbox or remove any mail therein.

7.      RODRIGUEZ was arrested and transported to the Miami Police Department South District substation.   A check of law enforcement databases confirmed his identity as RODRIGUEZ.

[This space intentionally left blank.]

2

8.      Based on the above facts, I submit that there is probable cause to believe that defendant Alfred Michael Rodriguez did knowingly steal, take, and abstract any letter and mail and an article and thing contained therein from and out of mailboxes located in Miami, Florida, in violation of Title 18, United States Code, Sections 1708.

BRIAN MCCARTHY
POSTAL INSPECTOR,
U.S. POSTAL INSPECTION
SERVICE

Sworn to and subscribed before me this

23rd day of May 2019.

HONORABLE LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE