FILED by __YH__ D.C.

Jun 4, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-20335-CR-WILLIAMS/TORRES**

18 U.S.C. § 1708

UNITED STATES OF AMERICA

vs.

ALFRED MICHAEL RODRIGUEZ,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Theft of Mail
### (18 U.S.C. § 1708)

On or about May 22, 2019, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ALFRED MICHAEL RODRIGUEZ,**

did knowingly steal, take, and abstract any letter and mail and any article and thing contained therein from and out of a letter box, mail receptacle, and other authorized depository for mail matter located at 2665 Southwest 37th Avenue, Miami, Florida, in violation of Title 18, United States Code, Section 1708.

## COUNT 2
### Possession of Stolen Mail
### (18 U.S.C. § 1708)

On or about May 22, 2019, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ALFRED MICHAEL RODRIGUEZ,**

did unlawfully have in his possession any letter and mail and any article and thing contained therein, that is, mail addressed to "M.A." which had been stolen, taken, and abstracted from a letter box, mail receptacle, and other authorized depository for mail matter, knowing said mail to have been stolen, taken, and abstracted from an authorized depository for mail matter, in violation of Title 18, United States Code, Section 1708.

A _____

FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
SAJJAD MATIN
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ALFRED MICHAEL RODRIGUEZ,

                Defendant.
_____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:

**Court Division:** (Select One)
- ✓ Miami
- ___ FTL
- ___ Key West
- ___ WPB
- ___ FTP

New defendant(s)   Yes ___ No ___
Number of new defendants ___
Total number of counts ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect _____

4. This case will take 2-3 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days    X
   - II   6 to 10 days
   - III  11 to 20 days
   - IV  21 to 60 days
   - V   61 days and over

   (Check only one)
   - Petty
   - Minor
   - Misdem.
   - Felony  X

6. Has this case previously been filed in this District Court? (Yes or No) No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) Yes
   If yes: Magistrate Case No. 19-02825-MJ-REID
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of May 22, 2019
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___  No X

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___  No X

                                                      _____
                                                      Sajjad Matin
                                                      Assistant United States Attorney
                                                      Court ID A5502371

*Penalty Sheet(s) attached                                                          REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ALFRED MICHAEL RODRIGUEZ

**Case No:** _____

Count #: 1

Theft of Mail

Title 18, United States Code, Section 1708

**\*Max. Penalty:** 5 Years' Imprisonment

Count #: 2

Possession of Stolen Mail

Title 18, United States Code, Section 1708

**\*Max. Penalty:** 5 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**